

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00263-CV

**IN RE** Wendy **LANGFORD** and William G. Keiler

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Liza A. Rodriguez, Justice

On May 19, 2020, relators filed a petition for writ of mandamus. The real parties in interest later filed a response. On August 12, 2020, this court conditionally granted the petition for writ of mandamus in part, and ordered the Honorable Michael Mery to vacate his order allowing the real parties in interest to intervene and ordered the Honorable Richard Garcia to vacate his April 23, 2020 "Order of Referral to Mediation." *See* TEX. R. APP. P. 52.8(c). Our August 12, 2020, opinion and order stated the writ would issue only in the event we were informed respondents failed to comply.

On September 21, 2020, relators filed (1) an Emergency Motion for Temporary Relief and Motion to Stay Order, (2) a Request for Writ to Issue, and (3) a supplemental mandamus record. In their motion for emergency stay, relators ask this court to stay the trial court's oral September 18, 2020 rulings setting a hearing on the real parties in interest's Motion to Set Aside Agreed Temporary Orders,[2] vacating the Agreed Temporary Orders, and ordering the "parties" to seek an immediate setting on the real parties in interest's motion in another court. In both their emergency motion to stay and request to issue writ, relators allege the trial court abused its discretion by allowing the real parties in interest to intervene in violation of this court's August 12, 2020 opinion and order.

Although relators have requested, but not yet filed, the transcript from respondent's September 18, 2020 hearing, we GRANT the Emergency Motion for Temporary Relief and Motion to Stay Order. The trial court's oral September 18, 2020 rulings setting a hearing on the real parties in interest's Motion to Set Aside Agreed Temporary Orders, vacating the Agreed

---

[1] This proceeding arises out of Cause No. 2018-PA-01006, styled *In the Interest of J.M.O., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas. The Honorable Michael Mery issued the complained-of order.

[2] The Agreed Temporary Orders were signed by the trial court on August 21, 2020.

Temporary Orders, and ordering the "parties" to seek an immediate setting on the real parties in interest's motion in another court are STAYED pending further order of this court.

Relators are ORDERED to file the reporter's record from the September 18, 2020 hearing no later than October 13, 2020.

All other requests for relief are HELD IN ABEYANCE pending further order of this court.

It is so **ORDERED** on September 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT